# EXHIBIT "1"
## TO THE PLAINTIFF'S COMPLAINT

# SUMMARY OF DEFENDANTS' IP ADDRESS DATA

**Film Title:** Mechanic 2: Resurrection
**File Name**: Mechanic.Resurrection.2016.HC.720p.HDRiP.900MB.ShAaNiG.mkv
**File Hash:** SHA1: 41E5C8F5DAE85A7230C884E3AB57E10A48BA04CE
**ISP:** Cox Communications
**Plaintiff:** ME2 Productions, Inc.

| No | IP | Hit Date UTC | State | County |
|---|---|---|---|---|
| 1 | 68.104.43.147 | 2016-10-17 01:51:50 | Nevada | Clark County |
| 2 | 24.253.16.89 | 2016-10-15 22:03:35 | Nevada | Clark County |
| 3 | 70.189.157.140 | 2016-10-15 18:00:45 | Nevada | Clark County |
| 4 | 70.173.175.184 | 2016-10-15 02:53:49 | Nevada | Clark County |
| 5 | 68.229.4.164 | 2016-10-14 23:44:14 | Nevada | Clark County |
| 6 | 72.193.254.62 | 2016-10-12 02:19:18 | Nevada | Clark County |
| 7 | 68.229.62.88 | 2016-10-09 19:46:57 | Nevada | Clark County |
| 8 | 72.193.32.55 | 2016-10-07 06:33:06 | Nevada | Clark County |
| 9 | 68.224.228.196 | 2016-10-05 15:31:10 | Nevada | Clark County |
| 10 | 70.173.170.150 | 2016-10-05 06:47:18 | Nevada | Clark County |
| 11 | 70.180.170.143 | 2016-10-05 01:05:19 | Nevada | Clark County |
| 12 | 68.96.231.174 | 2016-10-05 00:17:03 | Nevada | Clark County |
| 13 | 98.167.4.176 | 2016-10-03 07:15:13 | Nevada | Clark County |
| 14 | 24.253.56.147 | 2016-10-02 23:09:30 | Nevada | Clark County |
| 15 | 68.108.117.77 | 2016-10-02 18:18:02 | Nevada | Clark County |
| 16 | 98.167.5.80 | 2016-10-02 06:40:02 | Nevada | Clark County |
| 17 | 68.104.110.158 | 2016-10-01 21:13:27 | Nevada | Clark County |
| 18 | 72.193.181.45 | 2016-10-01 08:22:05 | Nevada | Clark County |
| 19 | 72.193.8.151 | 2016-10-01 07:07:14 | Nevada | Clark County |
| 20 | 68.224.48.191 | 2016-10-01 04:35:35 | Nevada | Clark County |
| 21 | 70.189.176.196 | 2016-09-30 23:41:33 | Nevada | Clark County |
| 22 | 68.224.36.125 | 2016-09-30 07:30:10 | Nevada | Clark County |
| 23 | 70.180.191.58 | 2016-09-29 01:00:28 | Nevada | Clark County |
| 24 | 70.173.26.50 | 2016-09-28 10:56:01 | Nevada | Clark County |
| 25 | 70.189.184.173 | 2016-09-28 03:36:43 | Nevada | Clark County |