EXHIBIT "2"
TO THE PLAINTIFF'S COMPLAINT

PLAINTIFF'S COPYRIGHT REGISTRATION

# Certificate of Registration



This Certificate issued under the seal of the Copyright Office in accordance with title 17, *United States Code*, attests that registration has been made for the work identified below. The information on this certificate has been made a part of the Copyright Office records.

*Maria A. Pallante*

United States Register of Copyrights and Director

**Registration Number**

**PA 1-998-057**

Effective Date of Registration:
August 02, 2016

## Title

| | |
|---|---|
| Title of Work: | Mechanic: Resurrection |
| Previous or Alternate Title: | The Mechanic 2 aka The Mechanic II |
| Nature of Claim: | Original Motion Picture |

## Completion/Publication

| | |
|---|---|
| Year of Completion: | 2016 |
| Date of 1st Publication: | August 25, 2016 |
| Nation of 1st Publication: | United States |
| Preregistration: | PRE000008863 |

## Author

| | |
|---|---|
| • Author: | ME2 Productions, Inc. |
| Author Created: | Entire Motion Picture |
| Work made for hire: | Yes |
| Domiciled in: | United States |
| Anonymous: | No |
| Pseudonymous: | No |

## Copyright Claimant

| | |
|---|---|
| Copyright Claimant: | ME2 Productions, Inc.<br>318 N. Carson Street, #208, Carson City, NV 89701 |

## Limitation of copyright claim

| | |
|---|---|
| Material excluded from this claim: | Motion Picture Screenplay - PAu 3-773-822 - Registered August 6, 2014 |
| Previously registered: | Yes |
| New material included in claim: | Cinematographic material including performance, production as a motion picture, editing and all audio and visual elements including photography, dialogue, music and special effects |

## Certification

| | |
|---|---|
| Name: | Michael A. Hierl |
| Date: | August 01, 2016 |

Page 1 of 2

Correspondence:   Yes

