CHARLES C. RAINEY, ESQ.
Nevada Bar No. 10723
*crainey@hamricklaw.com*
HAMRICK & EVANS LLP
7670 W. Lake Mead Blvd., Ste. 140
Las Vegas, Nevada 89128
+1.702.425.5100 (ph)
+1.818.763.2308 (fax)
*Attorney for Plaintiff*

# UNITED STATES DISTRICT COURT

## DISTRICT OF NEVADA

| | |
|---|---|
| ME2 PRODUCTIONS, INC. | Case No.: 2:16-cv-2875-JCM-NJK |
|      Plaintiff, | |
| vs. | |
| MARCELLUS L REID, DONALD LAHER, LAKEISHA BIAS-MILLS, NIGEL VILLA VERDE, MARIA BARRIOS, JOSE ALVAREZ, , ANGELA GARDNER, CHANEL HOWZE, STACEY WHITE, ELSIE DUVAUCHELLE, DANA AYALA, HERMAN LEIBOUVITZ, MIRIAM MARTINEZ, DONIA SABOGAL, DOMANIC BENSON, MELISSA STRUNK, MICHAEL DARREN, GOWAYNE CRISOSTOMO, JONATHON MOORE, and. | **NOTICE OF VOLUNTARY DISMISSAL OF DEFENDANTS FRANCISCO RANGEL, NANCY BERNARD, SHALEKA JONES, FELENA SMITH, AND ANY REMAINING JOHN AND JANE DOE DEFENDANTS** |
|      Defendants. | |

**TO THE HONORABLE COURT AND ALL PARTIES HEREIN:**

     Pursuant to Federal Rule of Civil Procedure 41(a)(1)(A)(i), Plaintiff ME2 PRODUCTIONS, INC. ("PLAINTIFF"), by and through its counsel, Charles Rainey, Esq. of HAMRICK & EVANS LLP, hereby voluntarily dismisses Defendants FRANCISCO RANGEL, NANCY BERNARD, SHALEKA JONES, FELENA SMITH, and any remaining JOHN AND JANE DOE DEFENDANTS, and only dismisses Defendants FRANCISCO RANGEL, NANCY BERNARD, SHALEKA

HAMRICK & EVANS LLP

1    JONES, FELENA SMITH, and any remaining JOHN and JANE DOE DEFENDANTS, from the

2    above-captioned case.

3          Respectfully submitted May 16, 2017.

/s/ Charles C. Rainey
4                                              CHARLES C. RAINEY, ESQ. (NV Bar 10723)
                                               crainey@hamricklaw.com
5                                              HAMRICK & EVANS LLP
                                               7670 W. Lake Mead Blvd., Ste. 140
6                                              Las Vegas, Nevada 89128
                                               *Attorney for Plaintiff*
7

8

9

10

11

12

13

14

15

16

17

18

19

20

21

22

23

24

25

26

27

28

HAMRICK & EVANS LLP