Nigel Villaverde
4008 El Camino Avenue
Las Vegas, Nevada 89102
702-955-4935
pro se

IN THE UNITED STATES DISTRICT COURT
FOR THE DISTRICT COURT OF NEVADA


| | |
|---|---|
| ME2 PRODUCTIONS, INC., a Nevada Corporation, | ) ) ) Case No.: 2:16-cv-02875 |
| Plaintiff, | ) ) |
| Vs. | ) ) |
| Nigel Villaverde, at all | ) ) |
| Defendants, | ) ) |

ANSWER TO COMPLAINT


Defendant denies the following allegations:  1, 2, 3, 4 (a), 4 (b), 5 (a), 5 (b), 6, 7, 8, 9 (a-x) 9 (j), 10 (a) ,10 (b), 10 (c), 11, 12, 13, 14,15, 16, 17, 18, 19, 20, 21, 22, 23, 24, 25, 26, 26 (C),  27, 28, 28 (D), 29, 30, 31, 32, 33, 34, 35, 35 (E), 36, 37, 38, 39, 40, 41, 42, 43, 44, 45, 46, 47, 48, 49, 49 (a-d), 50, 51, 52, 53, 54, 55, 56, 57, 58, 59, 60, 61, 62, 63, 64, 65, 66, 67, 68, 69


Defendant denies ever using Bit Torrent protocol or ever being a Bit Torrent Client

Defendant denies every allegations that the Plaintiff has set forth

Defendant also denies allegation 12 which Plaintiff has left out


WHEREFORE, this Answering Defendant prays that this Honorable Court will:

1. Dismiss the Complaint with prejudice or grant Plaintiff a reduced amount based upon the admissions, denials and affirmative defenses, if any, as alleged above herein;

Pursuant to Nevada Revised Statute 53.045, I declare under penalty of perjury that the foregoing is true and correct. DATED this _18_ day of _MAY_, 2017.

_____
Defendant Pro Se

I HEREBY CERTIFY that on the ___18___ day of ___MAY___, 20_17_ I CERTIFICATE OF MAILING placed a true and correct copy of the foregoing ANSWER in the United States Mail at Las Vegas, Nevada, with first-class postage prepaid, addressed to the following:

Charles C. Rainey, Esq.
HAMRICK & EVANS LLP
7670 W. Lake Mead Blvd., Ste. 140
Las Vegas, Nevada 89128

_____
Defendant Pro Se