Donald Laher
6384 Seton Hall Court
Las Vegas, Nevada 89110
702-750-2889
pro se



IN THE UNITED STATES DISTRICT COURT
FOR THE DISTRICT COURT OF NEVADA

| | |
|---|---|
| ME2 PRODUCTIONS, INC., a Nevada Corporation, | ) ) ) Case No.: 2:16-cv-02875 |
| Plaintiff, | ) ) ) |
| Vs. | ) ) |
| Donald Laher, at all | ) ) |
| Defendants, | ) ) |

ANSWER TO COMPLAINT

Defendant denies the following allegations: 1, 2, 3, 4 (a), 4 (b), 5 (a), 5 (b), 6, 7, 8, 9 (a-x) 9 (j), 10 (a) ,10 (b), 10 (c), 11, 12, 13, 14,15, 16, 17, 18, 19, 20, 21, 22, 23, 24, 25, 26, 26 (C), 27, 28, 28 (D), 29, 30, 31, 32, 33, 34, 35, 35 (E), 36, 37, 38, 39, 40, 41, 42, 43, 44, 45, 46, 47, 48, 49, 49 (a-d), 50, 51, 52, 53, 54, 55, 56, 57, 58, 59, 60, 61, 62, 63, 64, 65, 66, 67, 68, 69

Defendant denies ever using Bit Torrent protocol or ever being a Bit Torrent Client

Defendant denies every allegations that the Plaintiff has set forth

Defendant also denies allegation 12 which Plaintiff has left out

WHEREFORE, this Answering Defendant prays that this Honorable Court will:

1. Dismiss the Complaint with prejudice or grant Plaintiff a reduced amount based upon the admissions, denials and affirmative defenses, if any, as alleged above herein;

Pursuant to Nevada Revised Statute 53.045, I declare under penalty of perjury that the foregoing is true and correct. DATED this 30th day of MAY, 2017.

_____
Defendant Pro Se

I HEREBY CERTIFY that on the 30th day of May, 2017, I CERTIFICATE OF MAILING placed a true and correct copy of the foregoing ANSWER in the United States Mail at Las Vegas, Nevada, with first-class postage prepaid, addressed to the following:

Charles C. Rainey, Esq.
HAMRICK & EVANS LLP
7670 W. Lake Mead Blvd., Ste. 140
Las Vegas, Nevada 89128

_____
Defendant Pro Se