Stacey White
5316 Overland Avenue
Las Vegas, Nevada 89107
*In Proper Person*

# UNITED STATES DISTRICT COURT

# DISTRICT OF NEVADA

| | |
|---|---|
| MEX PRODUCTIONS, INC., a Nevada corporation, | ) ) ) |
| Plaintiff, | ) Case No.: 2:16-CV-02875-RFB-GWF ) ) |
| vs. | ) ) |
| MARCELLUS L REID, an individual, SHALEKA JONES, an individual, DONALD LAHER, an individual, LAKEISHA BIAS-MILLS, an Individual, NIGEL VILLAVERDE, An individual, MARIA BARRIOS, An individual, FELENA SMITH, An individual; JOSE ALVAREZ, An individual, ANGELA GARDNER, an individual, FRANCISCO RANGEL, an Individual, CHANEL HOWZE, an Individual, STACEY WHITE, an Individual, ELSIE SUVAUCHELLE, An individual, DANA AYALA, an Individual, HERMAN LEIBOUVITZ, AN INDIVUAL, MIRIAM MARTINEZ, an individual, SONIA SABOGAL, an individual, DOMANIC BENSON, an Individual, MELISSA STRUNK, an Individual, MICHAEL DARREN, an Individual, GOWAYNE CRISOSTOMO, an individual, JONATHON MOORE, an Individual, NANCY BERNARD, an Individual, JOHN AND JANE DOES, | ) ) ) ) ) ) ) ) ) ) ) ) ) ) ) ) ) ) ) ) ) ) ) ) |
| Defendant. | ) ) |

_____FILED   _____RECEIVED
_____ENTERED   _____SERVED ON
COUNSEL/PARTIES OF RECORD

MAY 3 0 2017

CLERK US DISTRICT COURT
DISTRICT OF NEVADA
BY:_____ DEPUTY

Page 1 of 6

## ANSWER

COMES NOW, Defendant, Stacey White, in proper person, hereby files an Answer to Plaintiff's Complaint as follows:

1. Answering the allegations contained in Paragraph 1-2 of Plaintiff's Complaint, Defendant denies, generally and specifically, each and every allegation contained therein and the whole thereof.

2. Answering the allegations contained in Paragraph 3-5 of Plaintiff's Complaint, Defendant denies, generally and specifically, each and every allegation contained therein and the whole thereof.

3. Answering the allegations contained in Paragraph 6-9 of Plaintiff's Complaint, Defendant denies, generally and specifically, each and every allegation contained therein and the whole thereof.

4. Answering the allegations contained in Paragraph 10 of Plaintiff's Complaint, Defendant denies, generally and specifically, each and every allegation contained therein and the whole thereof.

5. Answering the allegations contained in Paragraph 11-13 of Plaintiff's Complaint, Defendant denies, generally and specifically, each and every allegation contained therein and the whole thereof.

6. Answering the allegations contained in Paragraph 14-15 of Plaintiff's Complaint, Defendant denies generally and specifically, each and every allegation contained therein and the whole thereof.

7. Answering the allegations contained in Paragraph 16-18 of Plaintiff's Complaint, Defendant denies, generally and specifically, each and every allegation contained therein and the whole thereof.

8. Answering the allegations contained in Paragraph 19-26 of Plaintiff's Complaint, Defendant denies, generally and specifically, each and every allegation contained therein and the whole thereof.

9. Answering the allegations contained in Paragraph 27-28 of Plaintiff's Complaint, Defendant denies, generally and specifically, each and every allegation contained therein and the whole thereof.

10. Answering the allegations contained in Paragraph 29-35 of Plaintiff's Complaint, Defendant denies, generally and specifically, each and every allegation contained therein and the whole thereof.

11. Answering the allegations contained in Paragraph 36-42 of Plaintiff's Complaint, Defendant denies, generally and specifically, each and every allegation contained therein and the whole thereof.

12. Answering the allegations contained in Paragraph 43-44 of Plaintiff's Complaint, Defendant denies, generally and specifically, each and every allegation contained therein and the whole thereof.

13. Answering the allegations contained in Paragraph 45-52 of Plaintiff's Complaint, Defendant denies, generally and specifically, each and every allegation contained therein and the whole thereof.

14. Answering the allegations contained in Paragraph 53-63 of Plaintiff's Complaint, Defendant denies, generally and specifically, each and every allegation contained therein and the whole thereof.

15. Answering the allegations contained in Paragraph 64-69 of Plaintiff's Complaint, Defendant denies, generally and specifically, each and every allegation contained therein and the whole thereof.

## DEFENDANT ASSERTS THE FOLLOWING AFFIRMATIVE DEFENSES:

### FIRST AFFIRMATIVE DEFENSE

Plaintiff's Complaint fails to state a claim against Defendant upon which relief can be granted.

### SECOND AFFIRMATIVE DEFENSE

Defendant alleges that the Plaintiff's claims are barred by the equitable doctrines of laches, unclean hands, and failure to do equity.

### THIRD AFFIRMATIVE DEFENSE

Defendant reserves the right to assert additional affirmative defenses in the event discovery or investigation indicate that additional affirmative defenses are applicable.

### PRAYER

WHEREFORE, Defendant prays for judgment as follows:

1. That Plaintiff take nothing by way of this Complaint;

////

////

////

////

2. For reasonable attorney's fees and costs; and

3. For any such other and further relief as the Court may deem just and proper in the case.

Submitted by:

*Stacey White*

Stacey White
5316 Overland Avenue
Las Vegas, Nevada 89107
*In Proper Person*

2. For reasonable attorney's fees and costs; and

3. For any such other and further relief as the Court may deem just and proper in the case.

Submitted by:

*Stacey White* (signature)

Stacey White
5316 Overland Avenue
Las Vegas, Nevada 89107
*In Proper Person*

## CERTIFICATE OF SERVICE

Pursuant to NRCP 5 (b), and under penalty of perjury I certify that on this 25th day of May 2017, I served a copy of ANSWER, by depositing a true and correct copy thereof in the U.S. mail, first class postage prepaid and addressed as follows:

CHARLES C. RAINEY, ESQ.
HAMRICK & EVANS, LLP
7670 W. Lake Mead Blvd., Ste. 140
Las Vegas, Nevada 89148

/s/ Maggie Strickland
Maggie Strickland

Low Cost Paralegal Services
720 E. Charleston Blvd., #140
Las Vegas, Nevada 89104

U.S. District Court
333 Las Vegas Blvd
Las Vegas NV 8911-



