CHARLES C. RAINEY, ESQ. (NV Bar No. 10723)
HAMRICK & EVANS LLP
7670 W. Lake Mead Blvd., Ste. 140
Las Vegas, Nevada 89128
702.425.5100 (ph) / 818.763.2308 (fax)
crainey@hamricklaw.com
*Attorney for Plaintiff*

**UNITED STATES DISTRICT COURT**
**DISTRICT OF NEVADA**

| | |
|---|---|
| ME2 PRODUCTIONS, INC. | Case No.: 2:16-cv-2875-JCM-NJK |
| Plaintiff, | **NOTICE OF VOLUNTARY DISMISSAL OF DEFENDANTS MARCELLUS L REID, LAKEISHA BIAS-MILLS, MARIA BARRIOS, JOSE ALVAREZ, ANGELA GARDNER, CHANEL HOWZE, ELSIE DUVAUCHELLE, DANA AYALA, HERMAN LEIBOUVITZ, MIRIAM MARTINEZ, DONIA SABOGAL, DOMANIC BENSON, MELISSA STRUNK, MICHAEL DARREN, GOWAYNE CRISOSTOMO, AND JONATHON MOORE** |
| vs. | |
| DONALD LAHER, NIGEL VILLA VERDE, and STACEY WHITE, | |
| Defendants. | |

**TO THE HONORABLE COURT AND ALL PARTIES HEREIN:**

Pursuant to Federal Rule of Civil Procedure 41(a)(1)(A)(i), Plaintiff ME2 PRODUCTIONS, INC. ("PLAINTIFF"), by and through its counsel, Charles Rainey, Esq. of HAMRICK & EVANS LLP, hereby voluntarily dismisses Defendants MARCELLUS L REID, LAKEISHA BIAS-MILLS, MARIA BARRIOS, JOSE ALVAREZ, ANGELA GARDNER, CHANEL HOWZE, ELSIE DUVAUCHELLE, DANA AYALA, HERMAN LEIBOUVITZ, MIRIAM MARTINEZ, DONIA SABOGAL, DOMANIC BENSON, MELISSA STRUNK, MICHAEL DARREN, GOWAYNE CRISOSTOMO, and JONATHON MOORE, and <u>only</u> dismisses Defendants MARCELLUS L REID, LAKEISHA BIAS-MILLS, MARIA BARRIOS, JOSE ALVAREZ, ANGELA GARDNER, CHANEL HOWZE, ELSIE DUVAUCHELLE, DANA AYALA, HERMAN LEIBOUVITZ, MIRIAM MARTINEZ, DONIA SABOGAL, DOMANIC BENSON, MELISSA STRUNK, MICHAEL DARREN, GOWAYNE CRISOSTOMO, and JONATHON MOORE, from the above-captioned case.

*Respectfully submitted June 2, 2017.*

/s/ Charles C. Rainey
CHARLES C. RAINEY, ESQ. (NV Bar 10723)
HAMRICK & EVANS LLP
7670 W. Lake Mead Blvd., Ste. 140
Las Vegas, Nevada 89128
crainey@hamricklaw.com
*Attorney for Plaintiff*