# UNITED STATES DISTRICT COURT
# DISTRICT OF NEVADA

| | |
|---|---|
| ME2 PRODUCTIONS, INC., | Case No. 2:16-cv-02875-JCM-NJK |
| Plaintiff(s), | |
| vs. | ORDER |
| DONALD LAHER, et al., | |
| Defendant(s). | |

In light of the pending report and recommendation, Docket No. 24, Plaintiff's proposed discovery plan at Docket No. 28 is **DENIED** without prejudice. Within 14 days of the resolution of the report and recommendation, a joint proposed discovery plan shall be filed with respect to any claims against any defendant or defendants remaining in this case at that time.

IT IS SO ORDERED.

DATED: July 10, 2017

_____
NANCY J. KOPPE
United States Magistrate Judge