CHARLES C. RAINEY, ESQ.
Nevada Bar No. 10723
*crainey@hamricklaw.com*
HAMRICK & EVANS LLP
7670 W. Lake Mead Blvd., Ste. 140
Las Vegas, Nevada 89128
+1.702.425.5100 (ph)
+1.818.763.2308 (fax)
*Attorney for Plaintiff*

# UNITED STATES DISTRICT COURT

# DISTRICT OF NEVADA

|  |  |
|---|---|
| ME2 PRODUCTIONS, INC., a Nevada corporation,<br><br>        Plaintiff,<br>vs.<br><br>DONALD LAHER, NIGEL VILLAVERDE, STACEY WHITE,<br><br>        Defendants. | Case No.: 2:16-cv-02875-JCM-NJK |

## JOINT STIPULATION TO DISMISS DEFENDANT NIGEL VILLAVERDE

**TO THE HONORABLE COURT AND ALL PARTIES HEREIN:**

Pursuant to Federal Rule of Civil Procedure 41(a)(1)(A)(ii), Plaintiff ME2 PRODUCTIONS, INC. ("PLAINTIFF"), by and through its counsel, Charles Rainey, Esq. of HAMRICK & EVANS LLP, and Defendant NIGEL VILLAVERDE in proper person, hereby stipulate and agree to dismiss Defendant **NIGEL VILLAVERDE** from the above-captioned case and further stipulate and agree to the dismissal of all counter-claims or other causes of actions, if any, raised by

Defendant NIGEL VILLAVERDE against Plaintiff ME2 PRODUCTIONS, INC., each party to bear its own fees and costs.

*Respectfully submitted September 14, 2017*

| HAMRICK & EVANS LLP | NIGEL VILLAVERDE |
|---|---|
| /s/ Charles C. Rainey | /s/ Nigel Villaverde |
| CHARLES C. RAINEY, ESQ. | NIGEL VILLAVERDE |
| Nevada Bar No. 10723 | Defendant in proper person |
| crainey@hamricklaw.com | |
| 7670 W. Lake Mead Blvd., Ste. 140 | |
| Las Vegas, Nevada 89128 | |
| +1.702.425.5100 (ph) | |
| *Attorney for Plaintiff* | |

## ORDER

Based on the parties' stipulation [ECF No. 31] and good cause appearing, IT IS HEREBY ORDERED that all claims against and by NIGEL VILLAVERDE are DISMISSED, each party to bear its own fees and costs.

**IT IS SO ORDERED.**

Dated: September 26, 2017.

_____
UNITED STATES DISTRICT JUDGE

1  Defendant NIGEL VILLA VERDE against Plaintiff ME2 PRODUCTIONS, INC.,
2  each party to bear its own fees and costs.
3      *Respectfully submitted September 14, 2017*

4
5  HAMRICK & EVANS LLP                NIGEL VILLA VERDE
6
7  CHARLES C. RAINEY, ESQ.         NIGEL VILLA VERDE
   Nevada Bar No. 10723               Defendant in proper person
   crainey@hamricklaw.com
8     7670 W. Lake Mead Blvd., Ste. 140
   Las Vegas, Nevada 89128
9     +1.702.425.5100 (ph)
   *Attorney for Plaintiff*
10

11                          ORDER
12  Based on the parties' stipulation [ECF No. 30] and good cause appearing, IT IS
13  HEREBY ORDERED that all claims against and by NIGEL VILLA VERDE are
14  DISMISSED, each party to bear its own fees and costs.
15  IT IS SO ORDERED.
16  Dated: Las Vegas, Nevada _____.
17
18
19                          UNITED STATES DISTRICT JUDGE
20
21
22
23
24
25
26
27
28