CHARLES C. RAINEY, ESQ.
Nevada Bar No. 10723
crainey@hamricklaw.com
HAMRICK & EVANS LLP
7670 W. Lake Mead Blvd., Ste. 140
Las Vegas, Nevada 89128
+1.702.425.5100 (ph)
+1.818.763.2308 (fax)
*Attorney for Plaintiff*

UNITED STATES DISTRICT COURT

DISTRICT OF NEVADA

| | |
|---|---|
| ME2 PRODUCTIONS, INC., a Nevada corporation, | Case No.: 2:16-cv-02875-JCM-NJK |
| Plaintiff, | |
| vs. | |
| DONALD LAHER, NIGEL VILLA VERDE, STACEY WHITE, | |
| Defendants. | |

## JOINT STIPULATION TO DISMISS DEFENDANT DONALD LAHER

TO THE HONORABLE COURT AND ALL PARTIES HEREIN:

Pursuant to Federal Rule of Civil Procedure 41(a)(1)(A)(ii), Plaintiff ME2 PRODUCTIONS, INC. ("PLAINTIFF"), by and through its counsel, Charles Rainey, Esq. of HAMRICK & EVANS LLP, and Defendant DONALD LAHER in proper person, hereby stipulate and agree to dismiss Defendant **DONALD LAHER** from the above-captioned case and further stipulate and agree to the dismissal of all counter-claims or other causes of actions, if any, raised by Defendant DONALD

LAHER against Plaintiff ME2 PRODUCTIONS, INC., each party to bear its own fees and costs.

Respectfully submitted September 27, 2017

HAMRICK & EVANS LLP

_____
CHARLES C. RAINEY, ESQ.
Nevada Bar No. 10723
crainey@hamricklaw.com
7670 W. Lake Mead Blvd., Ste. 140
Las Vegas, Nevada 89128
+1.702.425.5100 (ph)
*Attorney for Plaintiff*

DONALD LAHER

_____
DONALD LAHER
Defendant in proper person

## ORDER

Based on the parties' stipulation [ECF No. 34] and good cause appearing, IT IS HEREBY ORDERED that all claims against and by DONALD LAHER are DISMISSED, each party to bear its own fees and costs.

**IT IS SO ORDERED.**

Dated: September 29, 2017.

_____
UNITED STATES DISTRICT JUDGE