1　CHARLES C. RAINEY, ESQ.
　　Nevada Bar No. 10723
2　crainey@hamricklaw.com
　　HAMRICK & EVANS LLP
3　7670 W. Lake Mead Blvd., Ste. 140
　　Las Vegas, Nevada 89128
4　+1.702.425.5100 (ph)
　　+1.818.763.2308 (fax)
5　*Attorney for Plaintiff*

6

7

8　　　　　　　　　　　**UNITED STATES DISTRICT COURT**

9　　　　　　　　　　　　　　**DISTRICT OF NEVADA**

10

11

12　　ME2 PRODUCTIONS, INC., a Nevada　) Case No.: 2:16-cv-02875-JCM-NJK
13　　corporation,　　　　　　　　　　　　)
　　　　　　　　　　　　　　　　　　　　　　)
14　　　　　　　　　Plaintiff,　　　　　　　)
　　　　　　　　　　　　　　　　　　　　　　)
15　　vs.　　　　　　　　　　　　　　　　　)
　　　　　　　　　　　　　　　　　　　　　　)
16　　DONALD LAHER, NIGEL VILLA　　　　)
　　　　VERDE, STACEY WHITE,　　　　　　)
17　　　　　　　　　　　　　　　　　　　　　)
　　　　　　　　　　Defendants.　　　　　　)

18

19　　　　　**JOINT STIPULATION TO DISMISS DEFENDANT STACEY WHITE**

20

21　TO THE HONORABLE COURT AND ALL PARTIES HEREIN:

22

23　　　　Pursuant to Federal Rule of Civil Procedure 41(a)(1)(A)(ii), Plaintiff ME2

24　PRODUCTIONS, INC. ("PLAINTIFF"), by and through its counsel, Charles

25　Rainey, Esq. of HAMRICK & EVANS LLP, and Defendant STACEY WHITE in proper

26　person, hereby stipulate and agree to dismiss Defendant **STACEY WHITE** from

27　the above-captioned case and further stipulate and agree to the dismissal of all

28　counter-claims or other causes of actions, if any, raised by Defendant STACEY

HAMRICK & EVANS LLP

WHITE against Plaintiff ME2 PRODUCTIONS, INC., each party to bear its own fees and costs.

Respectfully submitted September 26, 2017

HAMRICK & EVANS LLP

CHARLES C. RAINEY, ESQ.
Nevada Bar No. 10723
crainey@hamricklaw.com
7670 W. Lake Mead Blvd., Ste. 140
Las Vegas, Nevada 89128
+1.702.425.5100 (ph)
*Attorney for Plaintiff*

STACEY WHITE

STACEY WHITE
Defendant in proper person

## ORDER

Based on the parties' stipulation [ECF No. 35] and good cause appearing, IT IS HEREBY ORDERED that all claims against and by STACEY WHITE are DISMISSED, each party to bear its own fees and costs.

**IT IS SO ORDERED.**

Dated: October 3, 2017.

_____
UNITED STATES DISTRICT JUDGE